UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASANDRA EVANS

      Plaintiff,

V.                                                        CIVIL ACTION NO

CAVALRY SPV I, LLC

CAVALRY PORTFOLIO SERVICES, LLC

Defendant.                                    OCTOBER 11, 2013

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Capital Heights, MD.

4. Plaintiff is a "consumer" within the FDCPA.

5. Defendants are "debt collectors" within the FDCPA.

6. Defendants are both a "collector" within the MCDCA.

7. Defendant Cavalry SPV I, LLC is a foreign corporation company engaged in the business of buying charged off or defaulted consumer debt, for pennies on the

dollar and then assigning the debt, to be collected by one of the subsidiaries in the State of Maryland with a principal place of business located 500 SUMMIT LAKE DRIVE, SUITE 400, VALHALLA, NY 10595-0000.

8. Defendant Cavalry SPV I, LLC is a licensed collection agency in the State of Maryland and is authorized to do business in Maryland. The principal purpose of Defendant business is the collection of debts and Defendant regularly attempts to collect debts alleged to be due another.

9. Defendant Cavalry SPV I, LLC referred Plaintiff's HSBC Consumer Lending USA credit card account to CAVALRY PORTFOLIO SERVICES, LLC, which communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

10. Defendant CAVALRY PORTFOLIO SERVICES, LLC, mailed or caused to be mailed an initial collection letter dated February 27, 2013. **See Exhibit "1"**

11. The Plaintiff received the collection letter and contacted the Defendant CAVALRY PORTFOLIO SERVICES, LLC, via telephone call in order to dispute the debt in response to the Defendant's prior written communication, attempting to collect a consumer debt.

12. Plaintiff called Defendant CAVALRY PORTFOLIO SERVICES, LLC on March 14, 2013 and spoke with a collection agent who identified himself as Michael Bilal.

13. Plaintiff advised CAVALRY PORTFOLIO SERVICES, LLC, that she disputed the amount and requested the payment history from the original creditor.

14. Plaintiff was told by the collection agent that the information would take a while before they got it.

15 Plaintiff asked the collection agent, Mr. Bilal if she had to put her dispute and request for validation in writing, the Defendant CAVALRY PORTFOLIO SERVICES, LLC, advised the Plaintiff <u>she did not have to put her dispute in writing</u>, in contradiction to the Validation of debts clause notice in the initial collection letter §1692g.

16. The Defendant CAVALRY PORTFOLIO SERVICES, LLC, statements were false, deceptive and misleading in violation of the FDCPA §1692e.

17. Defendant failed to mail any record of the Plaintiff's payment history as he advised he would.

18. Defendant Cavalry Portfolio Services; LLC, through its collection agent Michael Bilal, either knew or should have known that the request must be in writing pursuant to 1692 g (4) & (5).

19. Defendant Cavalry Portfolio Services; LLC, through its collection agent Michael Bilal, either knew or should have known, that his employer would not be able to provide the payment history from the original creditor, in violation of 1692e.

20. Plaintiff contacted the Defendant again on April 25, 2013 and spoke to a collection agent who identified herself as, Blanca Slusher. She asked if Plaintiff was calling to make a payment on her delinquent account. (Collection Attempt). Plaintiff advised the collection agent "no" and that she was following up on a previous dispute and request for validation, that she had previously requested a payment breakdown from the original creditor.

21. Defendant CAVALRY PORTFOLIO SERVICES, LLC, through its collection agent stated, she would have to request it.  Plaintiff advised Ms. Slusher that she already had done so through a collection agent named Michael Bilal.  That Mr. Bilal was supposed to have done this back on March 14, 2013.

22. CAVALRY PORTFOLIO SERVICES, LLC, through Blanca Slusher stated that it could take up to 30 days.  Plaintiff advised she had already waited almost forty-five (45) days for a copy of her payment history.

23. Defendant Cavalry Portfolio Services; LLC, through its collection agent Blanca Slusher either knew or should have known, that her employer would not be

able to provide the payment history from the original creditor, in violation of §1692e.

24. Plaintiff received a letter from the Defendant, signed by Laura Loyd, Cavalry Portfolio Services; LLC on May 4, 2013 dated April 25, 2013, which states just under the signature line "**Enclosure: Payment History.**"

25. In Fact the Defendant Cavalry Portfolio Services; LLC, did not provide a "Payment History." The Defendant provided a one line accounting entry "22-FEB-2013-Beginning Balance $6,528.94. **See Exhibit "2"**

26. The Defendant Cavalry Portfolio Services; LLC, collection agents' statements that they would be able to provide an itemization of the payment history is false, deceptive and misleading and in violation of the FDCPA §1692e

27. On both occasions Plaintiff spoke to collection agents from the Defendants Cavalry Portfolio Services; LLC , she was advised that she did not need to put her request in writing.

28. Plaintiff's FDCPA rights were violated by Defendant Cavalry Portfolio Services, LLC's , operating procedures, which clearly do not require a dispute, request for validation, or an itemization of an account balance, to be in writing.

29. It is convenient for the Defendant to advise consumer debtors, like Plaintiff Cassandra Evans, that call the collection agency, that you do not have to put your

request in writing. It allows the collection agency to ignore the FDCPA's mandate that the debt collector cease all collection activities until such time as the debt has been validated in writing.

30. The FDCPA also requires all disputes and request for validation to be done within 30 days after receipt of the initial collection letter.

31. Plaintiff's initial call to the Defendant was within the initial 30 days of receipt of the initial collection letter. Defendant ignored the Plaintiff's first request. Defendant was legally not required to respond to any request the Plaintiff made as she was now outside the 30 days to dispute or request validation. See §1692g.

32. If the Plaintiff had been required to send a written letter disputing the debt, the Defendant would be required to cease all collection attempts until they validated the debt.§1692g.

33. Defendant Cavalry Portfolio Services, LLC's second collection attempt dated March 6, 2013 (**See Exhibit "3"**) would have violated the FDCPA, as the Defendant did not respond to the Plaintiff's initial dispute and request for validation.(Violation §1692).

34. Defendant Cavalry Portfolio Services, LLC's third collection attempt dated April 25, 2013, when Plaintiff called and spoke to Blanca Slusher. Her initial

question to the Plaintiff was whether Ms. Evans was calling today to make a payment.

35. The Defendant does not maintain procedures in place adequately designed to avoid the violation(s) of the FDCPA.

36. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e, f and g.

## SECOND COUNT:

37. The allegations of the First Count are repeated and realleged as if fully set forth herein.

38. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

39. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff statutory damages pursuant to MDCDCA.

3. Award the Plaintiff costs of suit and a reasonable attorney's fee.

Award such other and further relief as this Court may see fit.

THE PLAINTIFF
BY /S/ Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
163 Mitchells Chance Road, #244
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 440-6372
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

866 556 7463
× 32485

PO Box 520
Valhalla, NY 10595



ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals
Member



Phone: (877) 566-0014 • FAX: (914) 347-1973
www.cavalryportfolioservices.com



February 27, 2013

RE: Original Institution:    HSBC Consumer Lending USA Inc
Original Account No.:   51939700111106
Cavalry Account No.:    18394144
Outstanding Balance:    $6,610.50


CASSANDRA J EVANS
708 CAPITOL HEIGHTS BLVD
CAPITOL HEIGHTS, MD 20743-2903


PLAINTIFF'S EXHIBIT
1

Dear CASSANDRA J EVANS

Cavalry SPV I, LLC recently bought your HSBC Consumer Lending USA Inc account listed above and is now the creditor for your account. Cavalry SPV I, LLC has referred your account to Cavalry Portfolio Services, LLC ("Cavalry") for servicing.

Cavalry is committed to providing you with excellent customer service, which includes treating you in a fair and respectful manner. If at any time you feel that you have not been provided with excellent customer service, please call our Customer Service Center at (877) 566-0014.

We understand that you may not be able to repay all of your account balance at this time. If you are able to repay some of your bill, even if it is through a monthly payment plan, we would like to hear from you. We work with our customers to find affordable repayment arrangements. Please call our Customer Service Center at (877) 566-0014 to discuss your repayment options. If you would prefer to pay your account via our secure website, please visit us at https://payments.cavalryportfolioservices.com.

Unless you notify Cavalry within thirty days after receiving this letter that you dispute the validity of this debt or any portion thereof, Cavalry will assume this debt is valid. If you notify Cavalry in writing within thirty days from receiving this notice that you dispute the validity of this debt or any portion thereof, Cavalry will obtain verification of the debt or a copy of a judgment, if applicable, and mail you a copy of such verification or judgment. If you request it from Cavalry in writing within thirty days after receiving this notice, Cavalry will provide you with the name and address of the original creditor, if different from the current creditor.

As of the date of this letter, your total account balance is $6,610.50. Please note that interest is accruing on your account and is increasing the balance. However, if you pay the total balance within forty-five (45) days of receiving this letter, your account will be paid in full, and we will forgive any interest that accrued between the date of this letter and receipt of your payment.

If you want Cavalry to stop contacting you, you can write to us requesting that we cease contact. Please be aware that sending such a letter does not make the debt go away. Once we receive your letter, Cavalry will not contact you again except to let you know that there will not be any further contact, or that Cavalry intends to take a specific action on your account.

Sincerely,

Cavalry Portfolio Services, LLC

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
SEE REVERSE SIDE FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS**

---

**PAYMENT COUPON**

Please detach and return this portion with your payment.

Make Checks and Money Orders Payable to
Cavalry Portfolio Services, LLC.

CASSANDRA J EVANS
708 CAPITOL HEIGHTS BLVD

PO Box 520
Valhalla, NY 10595

3 3 00000156 258349



PLAINTIFF'S EXHIBIT
2



Phone: (800) 429-2515
www.cavalryportfolioservices.com

 APRIL 25, 2013

| RF.: | Original Institution: | HSBC Consumer Lending USA Inc |
|---|---|---|
| | Original Account No.: | 51939700111106 |
| | Cavalry Reference No.: | 18394144 |
| | Balance Due: | $6,671.68 |


CASSANDRA J EVANS
708 CAPITOL HEIGHTS BLVD
CAPITOL HEIGHTS, MD 20743-2903

Dear Cassandra J Evans:

In response to your recent inquiry, please see the enclosed payment history regarding the above-referenced account. Cavalry appreciates the opportunity to service your account. If you have any additional questions please feel free to contact me directly at 877-566-0014.

We would like to hear from you.
Cavalry is committed to improving your experience by providing you with excellent customer service and ensuring that you are treated fairly and respectfully. Please tell us about your experience with your Cavalry team member by e-mailing us at cavcares@cavps.com.

Sincerely,

Laura Loyd

Cavalry Portfolio Services, LLC

Enclosure: Payment History

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.
See Reverse Side for Important Information Concerning Your Rights


Page 1 of 2
CCO029
CCO-MJ
258349

866- 403.5139

PO Box 520
Valhalla, NY 10595

S S 00001043 239921



MARCH 06, 2013

RE: Original Institution:    HSBC Consumer Lending USA Inc
Original Account No.:        51939700111106
Cavalry Reference No.:       18394144
Balance Due:                 $6,618.01

 CASSANDRA J EVANS
708 CAPITOL HEIGHTS BLVD
CAPITOL HEIGHTS, MD 20743-2903

Dear Cassandra J Evans:

Your total account balance as of the date of this correspondence is: $6,618.01

If you would like additional information or if you have any other questions, please call me directly at 877-566-0014.

We would like to hear from you.
Cavalry is committed to improving your experience by providing you with excellent customer service and ensuring that you are treated fairly and respectfully. Please tell us about your experience with your Cavalry team member by e-mailing us at cavcares@cavps.com.

Sincerely,

Blanca Slusher

Cavalry Portfolio Services, LLC



1973

> This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.
> See Reverse Side for Important Information Concerning Your Rights

\* Requested detailed payment info



Page 1 of 1
CCO012
CCO.wfd
239921