UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Casandra Evans

    Plaintiff,

V.                                CIVIL ACTION NO.

                                     8:13-cv-03013-RWT

Cavalry SPV I, LLC

Cavalry Portfolio Services, LLC

Defendants.                    February 19, 2014

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed **with prejudice** and without costs, subject to approval of the Court.

                                                              THE PLAINTIFF

                                                              BY/S/Bernard T. Kennedy
                                                               The Kennedy Law Firm
                                                               163 Mitchells Chance Road
                                                               Box # 244
                                                               Edgewater, MD 21037
                                                               Phone (443) 607-8901
                                                               Fax   (443) 607-8903
                                                               Fed. Bar # MD26843
                                                               bernardtkennedy@yahoo.com

"APPROVED" THIS 24 DAY of February, 2014

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

